ERIC GRANT
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2762
Facsimile: (916) 554-2900

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

HUAN FENG, et al.

     Plaintiffs,

   v.

JOSEPH B. EDLOW, in his official capacity as Director, United States Citizenship and Immigration Services

     Defendant.

CASE NO. 2:26-CV-00438-WBS-SCR

STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME

Defendants respectfully request an extension of time to respond to the Complaint, and Plaintiffs do not oppose this request.  Plaintiff's complaint seeks relief under the Administrative Procedures Act relating to the filing of Forms I-526E immigrant visa petitions. Plaintiffs served Defendant with this complaint on March 2, 2026.  The current deadline for Defendants to respond is May 1, 2026. On April 24, 2026, USCIS issued a Request for Evidence to first-named defendant Huan Feng. In order to allow time for the agency to receive and review evidence for the first-named plaintiff and evaluate the petitions of all Plaintiffs, the parties wish to extend the deadline for Defendants to respond for approximately thirty days.  Accordingly, the parties stipulate that the new date for Defendants to file an

///

STIPULATION AND ORDER FOR
EXTENSION OF TIME              1

answer or other appropriate pleading is June 1, 2026.  The parties further request that all other filing deadlines be similarly extended.

DATED: April 28, 2026                                        Respectfully submitted,

                                                            ERIC GRANT
                                                            United States Attorney

                                        By:     /s/ Catherine J. Swann
                                                CATHERINE J. SWANN
                                                Assistant United States Attorney
                                                Counsel for the United States

                                        By:     /s/ Kevin A. Gregg
                                                (as authorized on April 27, 2026)
                                                KEVIN A. GREGG
                                                Counsel for Plaintiffs

ORDER

IT IS SO ORDERED:

The new date for defendants to file an answer or other appropriate pleading is **June 1, 2026**.  The Scheduling Conference is continued to **August 24, 2026 at 1:30 p.m.** in Courtroom 5.  A joint status report shall be filed no later than **August 10, 2026** in accordance with the Court's  Order Re: Status (Pretrial Scheduling) Conference filed February 17, 2026 (Docket No. 3).

Dated:  April 30, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR
EXTENSION OF TIME                                                        3