ERIC GRANT
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2762
Facsimile: (916) 554-2900

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUAN FENG, et al.<br>                         Plaintiffs,<br><br>                    v.<br><br>JOSEPH B. EDLOW, in his official capacity as Director, United States Citizenship and Immigration Services<br><br>                         Defendant. | CASE NO. 2:26-CV-00438-WBS-SCR<br><br>STIPULATION AND ORDER FOR SECOND EXTENSION OF TIME |

Defendants respectfully request a second extension of time to respond to the Complaint, and Plaintiffs do not oppose this request. Plaintiff's complaint seeks relief under the Administrative Procedures Act relating to the filing of Forms I-526E immigrant visa petitions. Defendants filed a stipulation request. Based on the first stipulated request for a thirty-day extension of time, the current deadline for Defendants to respond is June 1, 2026. ECF 10 (Stipulation) and 11 (Order). The agency has not received evidence in response to the recent Request for Evidence issued to first-named defendant Huan Feng. In addition, the agency continues to evaluate the petitions of all Plaintiffs. Given this status, the parties wish to extend the deadline for Defendants to respond for an additional approximately fifteen days. Accordingly, the parties stipulate that the new date for Defendants to file an answer or other

appropriate pleading is June 16, 2026.  The parties further request that all other filing deadlines be similarly extended.

DATED: June 1, 2026                               Respectfully submitted,

                                                  ERIC GRANT
                                                  United States Attorney

                                          By:     /s/ Catherine J. Swann
                                                  CATHERINE J. SWANN
                                                  Assistant United States Attorney
                                                  Counsel for the United States

DATED: June 1, 2026                       By:     /s/ Kevin A. Gregg
                                                  (as authorized on June 1, 2026)
                                                  KEVIN A. GREGG
                                                  Counsel for Plaintiffs

                              ORDER

        IT IS SO ORDERED.

Dated:  June 1, 2026

                              WILLIAM B. SHUBB
                              UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR
SECOND EXTENSION OF TIME                                          2