

United States District Court
Eastern District of California

| Huan Feng, et al. | Case Number: | 2:26-CV-00438-WBS-SCR |
|---|---|---|

Plaintiff(s)

V.

| Joseph B. Edlow |
|---|

APPLICATION FOR PRO HAC VICE
AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Yanal Harbi Yousef _____ hereby applies for permission to appear and participate as
counsel in the above entitled action on behalf of the following party or parties:
Plaintiffs Feng, Asakawa, Chen, Dong, Li, Li, Nguyen, Nguyen, Pan, Pramod, Tran, Wang, Zhang

On ____12/18/2008____ (date), I was admitted to practice and presently in good standing in the
____Supreme Court of Maryland____ (court).  A certificate of good standing from that court is
submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of
record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have , ☒ I have not concurrently or within the year preceding this application made a pro hac vice
application to this court.  (If you have made a pro hac vice application to this court within the last year, list
the name and case number of each matter in which an application was made, the date of application and
whether granted or denied.)

Date: ____06/17/2026____    Signature of Applicant: /s/ __Yanal H. Yousef__

**Pro Hac Vice Attorney**

Applicant's Name: Yanal Harbi Yousef

Law Firm Name: Kurzban, Kurzban, Tetzeli & Pratt, P.A.

Address: 131 Madeira Avenue

City: Coral Gables    State: FL    Zip: 33134

Phone Number w/Area Code: (305) 444-0060

City and State of Residence: Silver Spring, MD

Primary E-mail Address: yyousef@kktplaw.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Kevin A. Gregg

Law Firm Name: Kurzban, Kurzban, Tetzeli & Pratt, P.A.

Address: 131 Madeira Avenue

City: Coral Gables    State: FL    Zip: 33134

Phone Number w/Area Code: (305) 444-0060    Bar # 294522

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: June 17, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE